IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAISY BYRD MOBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| CLAIRE FERMONT LANGLAIS, MARC | ) |
| JACOBS, and COTY INDUSTRIES, | ) **CV 4 1 5 - 2 2 6** |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Defendants Claire Fermont-Langlais, Marc Jacobs International, L.L.C.,[1] and Coty Inc.[2] (collectively "Defendants") hereby give notice of the removal of this action to this Court from the State Court of Chatham County, State of Georgia, and state as follows:

1. On July 6, 2015, Plaintiff filed Case No. ST-CV-1501048 in the State Court of Chatham County, State of Georgia, naming Claire Fermont-Langlais, Marc Jacobs International, L.L.C. (improperly named in the Complaint as "Marc Jacobs"), and Coty Inc. (improperly named in the Complaint as "Coty Industries") as defendants (the "State Court Action").

2. Defendant Marc Jacobs International, L.L.C. was served with the Complaint on July 10, 2015, Defendant Coty Inc. was served on July 21, 2015, and Defendant Claire Fermont-Langlais was served on July 30, 2015.

3. The Complaint did not include a request for damages such that any amount in controversy could be determined. Accordingly, this action was not immediately removable.

---

[1] Marc Jacobs International, L.L.C. was improperly named as "Marc Jacobs" in the Complaint.

[2] Coty Inc. was improperly named as "Coty Industries" in the Complaint.

4. On July 23, 2015, Plaintiff filed a formal demand in the State Court for monetary damages against each Defendant. Her demands are well in excess of $75,000. These demands made this case removable pursuant to 28 U.S.C. § 1332.

5. This Notice of Removal is being filed with this Court within thirty days after Plaintiff filed her formal demand.

6. Accordingly, this Notice of Removal is timely and proper pursuant to the provisions of 28 U.S.C. § 1446(b) & (c).

7. As shown more fully below, this action is wholly between citizens of different states.

8. Plaintiff is and at all relevant times was a resident of the State of Georgia. (Compl. p. 1).

9. Defendant Claire Fermont-Langlais is not and at all relevant times was not a citizen of the State of Georgia. Ms. Fermont-Langlais is a citizen of the State of New York.

10. Defendant Marc Jacobs International, L.L.C. is not and at all relevant times was not a citizen of the State of Georgia. Marc Jacobs International, L.L.C. is a Delaware limited liability company, and no member of Marc Jacobs International, L.L.C. is a citizen of the State of Georgia. A complete list of all members of Marc Jacobs International, L.L.C. is attached hereto as **Exhibit A**.

11. Defendant Coty Inc. is not and at all relevant times was not a citizen of the State of Georgia. Coty Inc. is incorporated under the laws of Delaware and has its principal place of business in New York.

12. In her formal demand, Plaintiff alleges that she is entitled to at least $17,000,000 from Defendants. Thus, Plaintiff's claimed damages exceed the sum of $75,000, exclusive of interest and costs.

13. The above-captioned action was commenced in Chatham County, Georgia, which is within the judicial district of the United States District Court for the Southern District of Georgia, Savannah Division. Thus, venue is proper under 28 U.S.C. § 1441(a).

14. Pursuant to 28 U.S.C. § 1446(a), Defendants are attaching to this Notice of Removal as **Exhibit B** all process, pleadings, orders and other papers on file in the State Court Action. Defendants have not been provided with any further process, pleadings, or orders in the State Court Action.

15. Defendants' current deadline to answer or otherwise plead in response to Plaintiff's Complaint is September 4, 2015.

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, shall be provided to Plaintiff and filed with the State Court of Chatham County, State of Georgia, within a reasonable time after the filing of this Notice of Removal.

Respectfully submitted this 20th day of August, 2015.

Roy R. Kelly, IV (Ga. Bar No. 413059)
KELLY & KELLY, LLP
100 Riverview Drive
Suite 202
Savannah, Georgia 31404
(912) 234-0411 (phone)
(912) 234-1389 (fax)
rkelly@kklegal.com

Jason Rosenberg (Ga. Bar No. 510855)
(application for admission *pro hac vice* to be filed)
Lindsey Yeargin (Ga. Bar No. 248608)
(application for admission *pro hac vice* to be filed)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (fax)
jason.rosenberg@alston.com
lindsey.yeargin@alston.com

*Counsel for Defendants Claire Fermont-Langlais,*
*Marc Jacobs International, L.L.C., and Coty Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAISY BYRD MOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| CLAIRE FERMONT LANGLAIS, MARC ) | |
| JACOBS, and COTY INDUSTRIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **Notice of Removal** upon Plaintiff Daisy Mae Byrd Mobley by placing the same in the U.S. mail, postage pre-paid and addressed as follows, with a courtesy copy sent via e-mail:

> Daisy Mae Byrd Mobley
> 135 Hampstead Ave. #801
> Savannah, Georgia 31405
> *daziemaze@yahoo.com*

This 20th day of August, 2015.

Roy R. Kelly, IV (Ga. Bar No. 413059)
KELLY & KELLY, LLP
100 Riverview Drive
Suite 202
Savannah, Georgia 31404
(912) 234-0411 (phone)
(912) 234-1389 (fax)
rkelly@kklegal.com

5