## EXHIBIT A

### Defendant Marc Jacobs International, L.L.C. – Complete List of Members

- Defendant Marc Jacobs International, L.L.C. has only a single member, Marc Jacobs Holdings, LLC.

- Marc Jacobs Holdings, LLC is a Delaware limited liability company. Its members are as follows:
    - Marc Jacobs: an individual citizen of the State of New York.
    - Robert Duffy: an individual citizen of the State of New York.
    - LVMH MJ Holdings Inc.: a Delaware corporation with its principal place of business in New York.

