

# *In The State Court of Chatham County*

**MAILING ADDRESS: P.O. BOX 9927,   SAVANNAH, GEORGIA 31412**

133 Montgomery Street, Suite 308

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

Daisy Byrd Mobley

Plaintiff

Case Number  STCV1501048

Vs

Marc Jacobs

Address of Defendant
322 West Broughton Street
31401

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Marc Jacobs

Defendant's Address 322 West Broughton Street

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is: pro se litigant

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This ___6___ day of ___Jul___, 20_15_

**CLERK OF COURT**
*State Court of Chatham County*

Deputy Clerk, State Court of Chatham County

PRINT


EXHIBIT B



*Received by hand*
*7/21/15*
*JJC*

# *In The State Court of Chatham County*

**MAILING ADDRESS: P.O. BOX 9927,   SAVANNAH, GEORGIA  31412**

133 Montgomery Street, Suite 308

www.statecourt.org  ·  Phone (912) 652-7224  ·  FAX (912) 652-7229  ·  clerk@statecourt.org

**Daisy Mae Byrd Mobley**

Plaintiff

**STCV1501048**

Case Number

**Vs**

**Coty Industries**
*Att: Bart Becht*

Address of Defendant

350 5th Avenue #1501
New York, NY 10118

2015 JUL -6  PH 12: 14

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Coty Industries _____

Defendant's Address 350 5th Ave  New York NY  10118 _____

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:  Pro se litigant

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This ___6___ day of ___Jul___ , 20_15_

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

_____
Deputy Clerk, State Court of Chatham County

PRINT

27. Summons  09-05



# In The State Court of Chatham County

**MAILING ADDRESS: P.O. BOX 9927,   SAVANNAH, GEORGIA 31412**

133 Montgomery Street, Suite 308

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

:Daisy Mae Byrd Mobley

Case Number: STCV1501048

**Plaintiff**

Vs

:Claire Fermont Langlais

Address of Defendant

: 350 5th Avenue #1501
New York, NY 10118

2015 JUL -6  PM 12: 12

**Defendant**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Claire Fermont Langlais

Defendant's Address 350 5th Ave  New York NY  10118

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:  Pro se litigant

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

This _6_ day of _JuL_, 20_15_

Deputy Clerk, State Court of Chatham County

PRINT

27. Summons 09-05

*In The State Court of Chatham County*

**Plaintiff**
Daisy Mae Byrd Mobley

**Defendants**
Claire Fermont Langlais
Marc Jacobs    2015 JUL -6  PM 12: 15
Coty Industries

## In a case of: wrongful use of names, property, and exploitation

My name is Daisy Mae Byrd/Mobley, author of my autobiography titled, **Southern Girl**. My book had always been my way to hopefully free my family from generations of poverty, rather that make millionaires and billionaires wealthier. Unfortunately, that is exactly what happened in mid 2006, shortly after the book was published by a local publisher and went on display in the store window at Carriage Jewelers where I worked at during this time. Also, because of my poverty stricken life, (which I shared with the defendant, Ms. Claire Fermont Langlais during the sale of said book)..decided to deceitfully and maliciously, hijack my book cover and stole my name (*Daisy* which also led to *Daisy Dream*) perfume and sister's name (*Lola* which also led to *Oh Lola*) perfume as catalyst to package and label four top selling perfume products around the world. I told her all about my hopes and dreams and book purpose.

Your Honor, the records will show that the defendant joined Coty Industries (perfume makers based out of New York in 2006, where she took on the Marc Jacobs brand to promote and rebuild in this same year, and visited Savannah during the grand opening days of the Marc Jacobs store at 322 West Broughton Street, also in 2006. Witnesses will prove that while Ms Claire Fermont Langlais was working on the Marc Jacobs brand, she was in downtown Savannah Georgia browsing store windows, where she walked upon my book on display in the store window where I worked at 2 West Broughton St, at Carriage Jewelers and deceitfully befriended me, for her monetary benefit, and that of Marc Jacobs brand, and bebefit of Coty Industries.

Being the common denominator, my witnesses and I knew of *Oh Lola* six years before it launched, as the defendant repeated it several times in her excitement. I told my co-workers about this seconds after her she left the store. I will prove it was a clever, despicable plot, designed for me to never find out about, as the defendant was aware that I couldn't afford to go shopping as written about in my book, which she purchased. It took precisely nine years to bring those products to market. The records will show that I inspired this collection of perfumes, not Ms Langlais. Everything she needed to make a ton of money, boost her career, and impress her Colleagues was right in front of her. One perfume leading to the next over nine years at my expense without having to pay me a dime.

So, with your permission your Honor I will take on defendants pro se , rather than bury my head in the sand, or look the other way because I am in poverty, and don't have an Attorney. I've decided to study up on taking the defendant and her multimillion, billion dollar associates to court for wrongful use of names/ property, and exploitation. I know it took years for this malicious plot to take shape and for me to discover, and that there are thousands of *Daisy's*, and *Lola's*, but with the assistance of my co-workers at the time, I will direct this case to (ME), this Daisy, with a sister name Lola. The records will show that without my book project, and names, the Marc Jacobs and Coty products would be named something else, and packaged another way. The records will show that this heinous and well planed exploitation have brought Marc Jacobs company from the red into the black, off my back and fifteen years of hard work,  names and talent, and I expect justifiable compensation for it. The following page reveal those expected residuals.

*Daisy B Mobley*
135 Hampstead Ave 801
Savh Ga 31405
912 434 1907

THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

_Daisy Byrd Mobley_

_____ )
_____ )
_____ )
**Plaintiff(s)**

vs. _Marc Jacobs_

_____ )
_____ )
_____ )
**Defendant(s)**

_____
_____
**Garnishee**

**SHERIFF'S ENTRY OF SERVICE**     3

Case Number _STCVIS-01048_

Cause of Action_____

_____
_____
_____
_____

**(Plaintiff or Plaintiff's Attorney)**

·NOTICE OF SERVICE ON:·
_Ms. Rosalyn Rodriguess_
_392 West Broughton St._

**(Name and Address of Person Served)**

**PERSONAL**
I have this day served the Defendant _____ personally with
a true copy of the within petition and summons.

This_____day of _____ 20____ . _____, Deputy Sheriff

**RESIDENTIAL**
I have this day served the Defendant_____ with a true copy··
of the within petition and summons by serving same upon _____,
a person Sui Juris residing on the premises.
This_____day of_____ 20____ . _____, Deputy Sheriff

**CORPORATE**
I have this day served the Defendant _Marc Jacobs_ , a corporation,
with a true copy of the within petition and summons by handing the same in person to
_Ms. Rosalyn Rodriguess_, an officer of said corporation.
This _10th_ day of _July_ 20 _15_ .     _Holmes768  2_ , Deputy Sheriff

**TACKED AND MAILED**
I have this day executed the within Affidavit and Summons by tacking a copy of the within process on
the door of the premises designated in said action and also by depositing a true copy thereof in the United
States mail in an envelope properly addressed to Defendant at his last known address with sufficient postage affixed.

This_____day of_____ 20____ . _____, Deputy Sheriff

**GARNISHEE**
I have this day at the hour of_____ served the Summons of Garnishment upon
_____ by handing the original of same to _____
in person, he/she being_____ and agent in charge of_____
at the time of service in Chatham County.
This_____day of_____ 20____ . _____, Deputy Sheriff

**MAILED**
This is to certify that I have this day served the Defendant_____
with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail,
in an envelope properly addressed·to Defendant at his last known address as shown in said Affidavit,
with adequate postage affixed thereon.

This_____day of_____ 20____ . _____, Deputy Sheriff

**DILIGENT SEARCH**
Diligent search made and Defendant is not to be found in the jurisdiction of this
court _____
This_____day of_____ 20____ . _____, Deputy Sheriff

ReF: Case filed 7-6-2015 12:15P.M

STCVI501048



# In The State Court Of Chatham County

## In a case of: wrongful use of names, property, and exploitation

<ins>Plaintiff</ins>                                                 <ins>Defendants</ins>

Daisy Mae Byrd Mobley                          Ms. Clair Fermont Langlais
                                                                Marc Jacobs
                                                                Coty Industries

A Case where Plaintiff name and Book cover/Art was illegally taken for profit. Names and property used to label four perfumes, while Book/Art were used for packaging design. Plaintiff, Author/Artist (Daisy Mae Byrd) and sister  (Lola) exploited since 2006 to present day.

Two of the four perfumes were spotted in 2011, but not recognized due to plaintiff vision imperilment. Offense realized in fall of 2013.

# In The Court Of Chatham County

## A case of wrongful use of names, property, and exploitation

| Plaintiff | Defendant |
|---|---|

Daisy Mae Byrd Mobley        Coty Inc.

## A case of wrongful use of names, property, and exploitation

I, the plaintiff, __Daisy Mae Byrd Mobley__, expect the following compensation from the defendant, __Coty Inc.__ brought on by the offenses of it's employee, Ms __Clair Fermont Langlais,__ in and around mid 2006, which Coty Inc. directly profited from around the world.

In the case of wrongful use of names of the plaintiff and her sister, Lola, which Ms __Clair Fermont Langlais__ wrongfully obtained and illegally used to label perfumes, Daisy and Lola that subsequently led to Daisy Dream, and Oh Lola, I the plaintiff expect $2,000.000.

In the case of wrongful use of property, in the taking of a book cover (which is an original piece of Art done by the Plaintiff, Author and Artist, __Daisy Mae Byrd Mobley__ which __Clair Fermont Langlais__ used for packaging design for said perfumes, that ultimately led to the exploitation the Author, Artist and plaintiff. The expected compensation of 2,000.000 from Coty Inc. for it's direct profit from Daisy, Lola, Daisy Dream, and Oh Lola.

Further more, I the plaintiff, __Daisy Mae Byrd Mobley,__ expect Coty Inc to either purchase the perfume names that apply to it's ownership for 2.000.000 million dollars each or place plaintiff on Coty's payroll at 250.000 a year for the life of the perfumes. Total compensation in pending is based on Coty's choice of settlement option.

I _Daisy B Mobley_ do insist that the above statements are true and accurate and deserve listed compensations in an effort to correct these very wrongful deeds over the last nine years.

# In The State Court Of Chatham County

## A case of wrongful use of names, property, and exploitation

Plaintiff                                    Defendant

Daisy Mae Byrd Mobley               Clair Fermont Langlais

I, the plaintiff, Daisy Mae Byrd Mobley   expect the following compensation from the defendant, Ms Claire Fermont Langlais, for the illegal use of my name (Daisy), sister's name (Lola), for the purpose of packaging and labeling of four perfume products, ( Daisy, Lola, Oh Lola, and Daisy Dream), for profit over the last nine years, and for the profit of Coty Inc. and Marc Jacobs over the last nine years, to the sum of 2,000,000

I, Daisy Mae Byrd Mobley, the Plaintiff, also expect compensation from the defendant Ms Claire Fermont Langlais, for the exploitation, and all anxiety/mental anguish brought on by the above acts,  to the sum of 1,000,000 Totaling 3,000,000 dollars for said offenses.

I _____   do insist that the above statements are true and accurate and deserve the listed compensations in an effort to correct these very wrongful deeds done to me over the last nine years.

# In The Court Of Chatham County

## A case of wrongful use of names, property, and exploitation

Plaintiff _____   Defendant

Daisy Mae Byrd Mobley ·                        Marc Jacobs

I, the plaintiff,  Daisy Mae Byrd Mobley , expect the following compensation from the defendant, Marc Jacobs, brought on by the offenses of his fragrance promoter, Ms Claire Fermont Langlais, in and around mid 2006, which he immensely profited from around the world, and have help to take his company, Marc Jacobs LLC from the red to the black over the last nine years.

In the case of wrongful use of first names of the plaintiff, Daisy and her sister  Lola, which Ms Clair Fermont Langlais obtained without consent and illegally used to label perfumes, that subsequently led to Daisy Dream, and Oh Lola, the plaintiff Daisy Mae Byrd Mobley expect compensation of $5,000.000.

In the case of wrongful use of property, in the taking of  a book cover (which is an original piece of Art done by the Plaintiff/ Author , Daisy Mae Byrd Mobley which Clair Fermont Langlais used for packaging design for said perfumes, that ultimately led to the exploitation of the plaintiff. The expected compensation of  $5,000.000 from Marc Jacob's direct profit from the exploitation and wrongful use of property of the Plaintiff.

I the plaintiff, Daisy Mae Byrd Mobley, expect Marc Jacobs to either purchase the labels that apply to it's ownership for $2,000.000 million dollars each or place plaintiff on Marc Jacobs  payroll  at 250.000 a year for the life of the perfumes. Total  compensation in pending is based on Marc Jacobs choice of initial settlement option.

I _____  do insist that the above statements are true and accurate and deserve listed compensations in an effort to correct these very wrongful deeds that have taken place over the last nine years.

FP

2015 AUG -4  AM 10: 49

## In The State Court Of Chatham County

*Brian K. Hart*

8/04/2015
**Case # STCV1501048**
**Filed 7/06/2015**

Brian K Hart, Clerk of Court
P. O. Box 9927
Savannah Ga.  31412

| Plaintiff | Defendant |
|---|---|
| Daisy Mae Byrd Mobley | Coty Inc., Claire Langlais Marc Jacobs |

To the court of Chatham County,

This letter is to confirm the defendants listed above did reach out to the above plaintiff on 7/29/2015 in an effort to begin to resolve the above civil case. However, the defendant's Attorney Jason Rosenberg, have asked for another months extinction with a dead line date of September 4, 2015, to prepare for this case. The plaintiff Miss Daisy Mae Byrd Mobley have agreed to grant Mr. Rosenberg this extinction with the permission of the court. Enclosed are email copies of this agreement, in the event he does not contact the court himself.

Mobley v. Coty, Claire Langlais, and Marc Jacobs lawsuit - Inbox - Yahoo Mail          Page 1 of 1

You're seeing Basic Mail because you're using an unsupported internet browser. Upgrade your browser or get the mobile app for the full Yahoo experience.
Don't show this again

| Search Mail | Search Web |          Daisy   Profile          Go   Sign Out  Home

**Inbox**   Contacts   Notepad   Calendar

Compose          Delete   Reply   Reply All   Forward   Actions          Apply   Previous   Next

Inbox (15)          Gwynnie Bee        Free 30 Day Trial: Unlimited Wardrobe Sizes 10
                    Sponsored          Enjoy & exchange clothing from designer brands
Drafts (5)

Sent                **Mobley v. Coty, Claire Langlais, and Marc Jacobs**        Friday   July 31  2015 3 54 PM     S
                    **lawsuit**
Spam (171)   [Empty]

Trash (19)   [Empty]   From:  "Rosenberg   Jason" <Jason.Rosenberg@alston.com>

                    To:  "Daisy Mae Byrd Mobley (dazlemaze@yahoo com)" <dazlemaze@yahoo.com>
My Folders   [Edit]
                                                                         Full Headers Printable View
· Sponsored
                    Dear Ms. Mobley,

                    Thanks again for talking with me earlier this week. I just wanted to confirm our conversation from the
                    other day when you said that you would agree to allow all of the Defendants until Friday, September 4,
                    2015 to respond to your Complaint. We appreciate your courtesy in this.
San Antonio
Last-minute Deals in San    Would you mind replying to this email just to let me know?  If so, we'll file the appropriate paperwork
Antonio             with the Court, and send you a copy.

                    Thanks, and have a nice weekend.

                    Kind regards,

                    Jason

                    _____

                    Jason D. Rosenberg |Partner |ALSTON &BIRD
                    1201 W. Peachtree Street, Atlanta, GA 30309 | direct 4:4 881 7481 | direct fax 404 253 8861
                    jason.rosenberg@alston com | http://www.alston.com/-rofessionals/jason-rosenberg/

                    NOTICE: This e-mail message and all attachments may contain legally privileged and
                    confidential information intended solely for the use of the addressee. If you are not the
                    intended recipient, you are hereby notified that you may not read, copy, distribute or
                    otherwise use this message or its attachments. If you have received this message in error,
                    please notify the sender by email and delete all copies of the message immediately.

Compose          Delete   Reply   Reply All   Forward   Actions          Apply   Previous   Next

Compose Mail - Yahoo Mail                                           Page 1 of 1



You're seeing Basic Mail because you're using an unsupported internet browser  Upgrade your browser or get the mobile app for the full Yahoo experience
Don't show this again.

| Inbox | Contacts | Notepad | Calendar |

Compose

Inbox (15)

Drafts (5)

Sent

Spam (171)     [Empty]

Trash (19)     [Empty]

My Folders     [Edit]

Send   Save as a Draft   Cancel

American        Delta Reserve Credit Card
Sponsored       Earn Up To 40,000 Medallion Qualification Miles.

To    Jason Rosenberg@alston.com

Cc

Bcc

Subject   Daisy B Mobley                    Attach Files

Hey Mr Rosenberg.

Thanks for your patience. This is to confirm that it is indeed okay with me that the defendants may take
until Friday, September 4th to respond to my complaint. I will place a note of this in my file. Keep me
posted.

Daisy Byrd Mobley

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DAISY BYRD MOBLEY,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )    CIVIL ACTION NO.: STCV1501048-CO
                                     )
CLAIRE FERMONT LANGLAIS, MARC        )
JACOBS, and COTY INDUSTRIES,         )
                                     )
            Defendants.              )
                                     )
                                     )
_____    )

2015 AUG -5  PH 1:56

## DEFENDANTS' CONSENT MOTION TO SET
## DEADLINE TO RESPOND TO COMPLAINT

1.    Defendants Claire Fermont Langlais, Marc Jacobs International LLC[1], and Coty, Inc.[2] (collectively, "Defendants") move this Court, with the consent of Plaintiff Daisy Byrd Mobley, to set Defendants' deadline to answer or otherwise respond to the Complaint in this action on September 4, 2015.

2.    Plaintiff filed her Complaint in this action on July 6, 2015.  Defendant Marc Jacobs International LLC was served with the Complaint on July 10, 2015, Defendant Coty Inc. (improperly named in the Complaint as Coty Industries) was served on July 21, 2015, and Defendant Claire Fermont Langlais was served on July 30, 2015.

3.    Counsel for the Defendants has conferred with the Plaintiff regarding setting a deadline for all Defendants to respond to the Complaint, to which Plaintiff consented. Accordingly, the parties agreed to set a deadline of September 4, 2015 for the Defendants to respond to Plaintiff's Complaint. A copy of the email correspondence between Defendants'

_____

1 Marc Jacobs International LLC was improperly named as "Marc Jacobs" in the Complaint.
2 Coty, Inc. was improperly named as "Coty Industries" in the Complaint.

1

counsel Jason Rosenberg and the Plaintiff confirming that Plaintiff has stipulated to this extension is attached hereto as Exhibit A.

Defendants, with the express consent of Plaintiff, therefore request that the deadline to for Defendants to answer or otherwise respond to the Complaint be set for September 4, 2015.[3]

A proposed order is attached as Exhibit B.

---

[3] Nothing in this motion is intended to waive any of Defendants' rights or defenses, including their right to remove this action to federal court pursuant to 28 U.S.C. § 1441.

Respectfully submitted, this 5TH day of August, 2015.

Roy R. Kelly, IV (Ga. Bar No. 413059)
KELLY & KELLY, LLP
100 Riverview Drive
Suite 202
Savannah, Georgia 31404
(912) 234-0411 (phone)
(912) 234-1389 (fax)
rkelly@kklegal.com

Jason Rosenberg (Ga. Bar No. 510855)
Lindsey Yeargin (Ga. Bar No. 248608)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia   30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (fax)
jason.rosenberg@alston.com
lindsey.yeargin@alston.com

*Counsel for Defendants Claire Fermont*
*Langlais, Marc Jacobs International LLC,*
*and Coty, Inc.*

3

**Rob Kelly**

| | |
|---|---|
| From: | Daisy Mobley <daziemaze@yahoo.com> |
| ent: | Monday, August 3, 2015 11:38 AM |
| To: | Rosenberg, Jason |
| Subject: | Daisy B Mobley |

Hey Mr Rosenberg.

Thanks for your patience. This is to confirm that it is indeed okay with me that the defendants may take until Friday, September 4th to respond to my complaint. I will place a note of this in my file. Keep me posted.

Daisy Byrd Mobley



1

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DAISY BYRD MOBLEY,                )
                                  )
        Plaintiff,                )
                                  )
v.                                )     CIVIL ACTION NO.: STCV1501048-CO
                                  )
CLAIRE FERMONT LANGLAIS, MARC     )
JACOBS, and COTY INDUSTRIES,      )
                                  )
        Defendants.               )

_____

### ORDER

Having read and considered Defendants' Consent Motion to Set Deadline to Respond to

Complaint, and seeing that Plaintiff has consented to this extension, the Court hereby **ORDERS**

that Defendants time to answer or otherwise respond to Plaintiff's Complaint shall be extended

up through and until September 4, 2015.

SO ORDERED this _____ day of August, 2015.


                                  _____
                                  Honorable Hermann W. Coolidge, Jr.
                                  Judge, State Court of Chatham County



IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DAISY BYRD MOBLEY, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.: STCV1501048-CO
)
CLAIRE FERMONT LANGLAIS, MARC )
JACOBS, and COTY INDUSTRIES, )
)
Defendants. )
)
)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all parties in the foregoing matter with a copy of

Defendants' Consent Motion to Set Deadline to Respond to Complaint by depositing in the

United States Mail a copy of the same in a properly addressed envelope to:

Daisy Byrd Mobley
135 Hampstead Avenue, #801
Savannah, GA 31405

Respectfully submitted this 5 ͭ ͪ day of August, 2015.

Roy R. Kelly, IV (Ga. Bar No. 413059)
KELLY & KELLY, LLP
100 Riverview Drive
Suite 202
Savannah, Georgia 31404
(912) 234-0411 (phone)
(912) 234-1389 (fax)
rkelly@kklegal.com

4

Jason Rosenberg (Ga. Bar No. 510855)
Lindsey Yeargin (Ga. Bar No. 248608)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia   30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (fax)
jason.rosenberg@alston.com
lindsey.yeargin@alston.com

*Counsel for Defendants Claire Fermont
Langlais, Marc Jacobs International LLC,
and Coty, Inc.*

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DAISY BYRD MOBLEY,                      )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    CIVIL ACTION NO.: STCV1501048-CO
                                         )
CLAIRE FERMONT LANGLAIS, MARC            )
JACOBS, and COTY INDUSTRIES,             )
                                         )
        Defendants.                      )

## ORDER

Having read and considered Defendants' Consent Motion to Set Deadline to Respond to

Complaint, and seeing that Plaintiff has consented to this extension, the Court hereby **ORDERS**

that Defendants time to answer or otherwise respond to Plaintiff's Complaint shall be extended

up through and until September 4, 2015.

SO ORDERED this __6__ day of August, 2015.

_____
Honorable Hermann W. Coolidge, Jr.
Judge, State Court of Chatham County

