UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DAISY MAE BYRD MOBLEY, )
)
    Plaintiff, )
)
v. )
) Case No. CV415-226
CLAIRE FERMONT LANGLAIS, )
MARC JACOBS INTERNATIONAL, )
LLC, and COTY, INC.,[1] )
)
    Defendants. )

# ORDER

On September 11, 2015, *pro se* plaintiff Daisy Mobley filed a "Proposed Continuance of Above Civil Action." Doc. 13. It's not entirely clear what she wants, but out of an abundance of caution the Court construes the filing as a motion for extension of time to respond to defendants' motion to dismiss (doc. 4) (filed September 3, 2015).

Mobley states that an "[e]xtension [d]eadline of September 4, 2015" has now been met (no such deadline ever existed), and thus that "it is time to move forward with above Civil Action." Doc. 13 at 1. "With

---

[1] Plaintiff named "Marc Jacobs," and "Coty Industries," but defendants have since clarified that "Marc Jacobs International," and "Coty, Inc.," are their proper names. Doc. 7 at 1. The Clerk therefore is **DIRECTED** to amend the docket caption accordingly, and all subsequent filings shall conform.

the hopeful approval of the appointed, Judge William T. Moore Jr.," she then reveals her "intent to continue fourth [sic] still stand, as findings, and summary of this case is forth coming within a week." *Id.*

Construing that "hopeful approval" and "intent to continue" as a request for a September 18, 2015 response deadline (one week from the day Mobley filed her proposed continuance), the Court **DENIES AS MOOT** her construed motion since the original September 21, 2015 deadline exceeds the requested extension.

**SO ORDERED**, this 18th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA