# United States District Court
## Southern District of Georgia

Daisy Byrd Modley,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-226,

Claire Fermont Langlais, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/15/16, adopting the Magistrate Judge's Report and Recommendation, granting Plaintiff's motion to dismiss, judgment is hereby entered dismissing the case.

4/15/16
Date

Scott L. Poff
Clerk

(By) Deputy Clerk